IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARC DAVIS                                                                                    PLAINTIFF

v.                                    No. 5:13-cv-151-DPM-HDY

EDWARD ADAMS, Captain,
WC "Dub" Brassell Detention Center;
CYNTHIA HUNTER, Lt., WC "Dub"
Brassell Detention Center; BROOKS, Sgt.,
WC "Dub" Brassell Detention Center; and
WC "DUB" BRASSELL DETENTION
CENTER                                                                                      DEFENDANTS

ORDER

No one objects to Magistrate Judge H. David Young's Proposed Findings and Recommended Disposition, № 5. Seeing no legal error or clear error of fact on the face of the record, FED. R. CIV. P. 72(b) (1983 Addition to the Advisory Committee Notes), the Court adopts the proposal as its own. Davis's complaint, № 2, is dismissed without prejudice. This dismissal is a strike for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal of this Order and the related Judgment would not be taken in good faith.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 July 2013