IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARC DAVIS                                                    PLAINTIFF

v.                         No. 5:13-cv-151-DPM

EDWARD ADAMS, Captain,
WC "Dub" Brassell Detention Center;
CYNTHIA HUNTER, Lt., WC "Dub"
Brassell Detention Center; BROOKS, Sgt.,
WC "Dub" Brassell Detention Center; and
WC "DUB" BRASSELL DETENTION
CENTER                                       DEFENDANTS

## JUDGMENT

Davis's complaint is dismissed without prejudice. This dismissal is a strike under 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal of this Judgment and the related Order would not be taken in good faith.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 July 2013